NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH PIOTROWSKI,          )
                            )
          Appellant,        )
                            )
v.                          )          Case No.  2D18-414
                            )
STATE OF FLORIDA,           )
                            )
          Appellee.         )
_____ )

Opinion filed October 24, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Vivian T. Corvo,
Judge.

Rachael E. Reese of O'Brien Hatfield,
P.A., Tampa, for Appellant.


PER CURIAM.


          Affirmed.


KELLY, CRENSHAW, and LUCAS, JJ., Concur.